THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Andy Osborne, Appellant. 
 
 
 
 

Appeal From Clarendon 
 County
  Thomas W. Cooper, Jr., Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-291
 Submitted February 20, 2004 
  Filed May 4, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor 
 Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Andy Osborne 
 (Appellant) was convicted of committing a lewd act upon a child and resisting 
 arrest.  He was sentenced to ten years in prison, suspended upon the service 
 of five years in prison and three years probation for the lewd act, and a concurrent 
 one year in prison for resisting arrest. 
On appeal, counsel for Appellant 
 has filed a final brief along with a petition to be relieved as counsel.  Appellant 
 has filed a pro se response.  After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.               
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.
 

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.